UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LEON E. PANETTA, *et al.*,<br><br>                    Defendants. | No. 12-cv-1192 (RMC) |

**STIPULATION REGARDING SERVICE OF PROCESS UPON DEFENDANTS AND AGREED DATE FOR RESPONSIVE PLEADING**

Plaintiffs Nasser Al-Aulaqi and Sarah Khan ("Plaintiffs"), and Defendants David Petraeus, Leon Panetta, William McRaven, and Joseph Votel ("Defendants"), by and through their undersigned counsel, hereby stipulate the following:

1.  Plaintiffs filed their Complaint against Defendants on July 18, 2012 (Dkt. No. 3). Defendants are sued in their individual capacities for alleged acts and omissions that occurred in connection with duties performed on the United States' behalf.

2.  Pursuant to Fed. R. Civ. P. 4(i)(3) and 4(i)(1), Plaintiffs served the United States Attorney for the District of Columbia on July 23, 2012 (Dkt. No. 4), and the Attorney General of the United States on August 1, 2012 (Dkt. No. 13).

3.  Pursuant to Fed. R. Civ. P. 4(i)(3) and 4(e)(1), Plaintiffs served Defendants through the agents authorized to receive service of process on Defendants' behalf in this matter. Plaintiffs served Defendant Petraeus through his undersigned counsel (Dkt. No. 14), and Defendants Panetta, McRaven and Votel through Robert Easton of the Department of Defense Office of General Counsel (Dkt No. 15).

4. The parties agree that service was complete for all Defendants as of October 15, 2012.

5. Pursuant to Fed. R. Civ. P 12(a)(3), the parties agree that Defendants' response to Plaintiffs' Complaint is due 60 days from the date service was complete for all Defendants, on or before December 14, 2012.

Dated: October 23, 2012                     Respectfully submitted,


/s/ Pardiss Kebriaei
Pardiss Kebriaei
Maria C. LaHood
Susan Hu
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
(212) 614-6452
pkebriaei@ccrjustice.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
Telephone: (202) 457-0805
Fax: (202) 452-1868
artspitzer@aclu-nca.org

Jameel Jaffer
Hina Shamsi
Brett Kaufman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7814
jjaffer@aclu.org

*Counsel for Plaintiffs*

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

RUPA BHATTACHARYYA
Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel

  /s/  *Paul E. Werner*
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044
(202) 616-4152 (phone)
(202) 616-4314 (fax)
E-mail: Paul.Werner@usdoj.gov

*Attorneys for Defendants*