UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estate of ANWAR AL-AULAQI, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>LEON E. PANETTA, *et al.*, in their individual capacities,<br><br>  *Defendants*. | No. 12-cv-1192 (RMC) |

## JOINT MOTION FOR AN EXTENSION OF TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS

  Plaintiffs Nasser Al-Aulaqi and Sarah Khan ("Plaintiffs"), and Defendants Leon Panetta, William McRaven, Joseph Votel, and David Petraeus ("Defendants"), by and through their undersigned counsel, hereby jointly move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) to enter an order allowing both parties additional time for briefing on Defendants' Motion to Dismiss.  In support of this joint motion, the parties state as follows:

  1.  No briefing schedule is currently in place in this matter.

  2.  Plaintiffs filed their Complaint on July 18, 2012.  *See* Dkt. No. 3.  Defendants are sued in their individual capacities for alleged acts or omissions that occurred in the course of alleged duties Defendants performed on behalf of the United States. *See, e.g.*, Compl. ¶¶ 1-3, 12-15.

  3.  By and through a stipulation filed on October 23, 2012, the parties agreed that service on all Defendants was complete as of October 15, 2012, and that pursuant to Federal Rule of

Civil Procedure 12(a)(3), Defendants' response to Plaintiff's Complaint was due 60 days from that date, on or before December 14, 2012.  *See* Dkt. No. 16.

4.  Defendants filed a Motion to Dismiss the Complaint on December 14, 2012.  *See* Dkt. No. 18.

5.  Pursuant to Federal Rules of Civil Procedure 6(a) and (d) and District of D.C. Local Rule 7(b), Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on or before December 31, 2012.  Pursuant to Federal Rules of Civil Procedure 6(a) and (d) and District of D.C. Local Rule 7(d), Defendant's Reply to Plaintiffs' Opposition is due within 10 days of service of Plaintiffs' Opposition.

6. Neither party has previously sought an extension of time in this litigation.

7. The parties have conferred and have agreed to the following briefing schedule in lieu of the deadlines mandated by the Federal Rules of Civil Procedure and the District of D.C. Local Rules:

> a. **Plaintiffs' Opposition** to Defendants' Motion to Dismiss the Complaint is due on or before **February 5, 2013**.
>
> b. **Defendants' Reply** is due on or before **March 7, 2013**.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter an Order granting the parties' Joint Motion for an Extension of Time for Briefing on Defendants' Motion to Dismiss to reflect the parties' agreement.

Dated: December 20, 2012                                          Respectfully submitted,

                                                                    /s/ Pardiss Kebriaei
                                                                     PARDISS KEBRIAEI

MARIA C. LAHOOD  
SUSAN HU  
Center for Constitutional Rights  
666 Broadway—7th floor  
New York, NY 10012  
Telephone: 212.614.6452  
E-mail: pkebriaei@ccrjustice.org  

ARTHUR B. SPITZER (D.C. Bar No. 235960)  
American Civil Liberties Union  
    of the Nation's Capital  
4301 Connecticut Avenue, NW—Suite 434  
Washington, DC 20008  
Telephone: 202.457.0805  
Fax: 202.452.1868  
E-mail: artspitzer@aclu-nca.org  

JAMEEL JAFFER  
HINA SHAMSI  
BRETT MAX KAUFMAN  
American Civil Liberties Union Foundation  
125 Broad Street—18th Floor  
New York, NY 10004  
Telephone: 212.519.7814  
Fax: 212. 549.2654  
E-mail: jjaffer@aclu.org  

*Counsel for Plaintiffs*

\* \* \*

STUART F. DELERY  
Acting Assistant Attorney General  
Civil Division  

RUPA BHATTACHARYYA  
Director, Torts Branch  

MARY HAMPTON MASON  
Senior Trial Counsel  

 /s/  Paul E. Werner  
PAUL E. WERNER  
(MD Bar, under LCvr 83.2(e))  
Trial Attorney  
United States Department of Justice  
Torts Branch, Civil Division

P.O. Box 7146, Ben Franklin Station  
Washington, D.C. 20044  
Telephone: 202.616.4152  
Fax: 202.616.4314  
E-mail: Paul.Werner@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estate of ANWAR AL-AULAQI, *et al.*,<br><br>  *Plaintiffs*,<br><br>    v.<br><br>LEON E. PANETTA, *et al.*, in their individual capacities,<br><br>  *Defendants*. | No. 12-cv-1192 (RMC) |

## **[PROPOSED] ORDER**

On the basis of the parties' Joint Motion for an Extension of Time for Briefing on Defendants' Motion to Dismiss the Plaintiffs' Complaint, it is hereby ordered that the joint motion is GRANTED. Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on or before February 5, 2013, and Defendants' Reply is due on or before March 7, 2013.

IT IS SO ORDERED.

Dated: December ____, 2012     _____
                  Honorable Rosemary M. Collyer
                  United States District Judge