# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estates of ANWAR AL-AULAQI and ABDULRAHMAN AL-AULAQI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEON C. PANETTA, *et al.*, in their individual capacities,<br><br>*Defendants*. | No. 12-cv-01192 (RMC) |

## [PROPOSED] ORDER

On the basis of Plaintiffs' Motion for Leave to Reply to Defendants' Response to the Court's May 22, 2013 Order, it is hereby **ORDERED** that the Plaintiffs' motion is **GRANTED**.

Dated: _____, 2013      _____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

*Attorneys to be notified of the Proposed Order's entry:*

Paul E. Werner
United States Department of Justice
Civil Division, Torts Branch
Box 7146
Benjamin Franklin Station
Washington, DC 20044
paul.werner@usdoj.gov

Hina Shamsi (*pro hac vice*)
Brett Max Kaufman (*pro hac vice*)
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
hshamsi@aclu.org

Pardiss Kebriaei (*pro hac vice*)
Maria C. LaHood  (*pro hac vice*)
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
pkebriaei@ccrjustice.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
artspitzer@aclu-nca.org