# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estate of ANWAR AL-AULAQI, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>LEON E. PANETTA, et al., in their individual capacities,<br><br>    Defendants. | No. 1:12-cv-01192 (RMC) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby notify the Court of the recent decision by the United States District Court for the Southern District of New York in *Tarros S.p.A v. United States*, -- F. Supp. 2d --, 2013 WL 6084243 (S.D.N.Y. Nov. 19, 2013), in which the court dismissed under the political question doctrine plaintiff's tort claims against the United States for alleged actions undertaken by the United States military in the course of hostilities. *See id.* at *4-11. A copy of the opinion is attached to this notice.

| | |
|---|---|
| Dated: December 5, 2013 | Respectfully submitted, |
| | STUART F. DELERY<br>Assistant Attorney General<br>Civil Division |
| | BRIAN HAUCK<br>Deputy Assistant Attorney General |
| | RUPA BHATTACHARYYA<br>Director, Torts Branch |
| | MARY HAMPTON MASON<br>Senior Trial Counsel<br>D.C. Bar No. 427461 |
| | /s/ *Paul E. Werner*<br>PAUL E. WERNER<br>(MD Bar, under LCvR 83.2(e))<br>Trial Attorney<br>United States Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4152 (phone)<br>(202) 616-4314 (fax)<br>E-mail: Paul.Werner@usdoj.gov |
| | Attorneys for Defendants |