**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estates of ANWAR AL-AULAQI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEON E. PANETTA, et al., in their individual capacities, <br><br> Defendants. | No. 1:12-cv-01192 (RMC) |

**<u>PROPOSED ORDER</u>**

Having considered the United States' Motion for Reconsideration and To Stay the Court's December 26, 2013, Order, and upon further consideration of any response thereto, it is this _____ day of _____, 2014, **ORDERED** that this Court's December 26, 2013, Order is hereby **STAYED** pending this Court's decision on the United States' motion.

It is **FURTHER ORDERED** that in the event this Court denies the United States' Motion for Reconsideration, compliance with this Court's December 26, 2013, Order shall be extended to thirty days after this Court's denial of that motion.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

*Attorneys to be notified of the Proposed Order's entry:*

Pardiss Kebriaei
Maria C. LaHood
Susan Hu
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
pkebriaei@ccrjustice.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
artspitzer@aclu-nca.org

Jameel Jaffer
Hina Shamsi
Brett Kaufman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
jjaffer@aclu.org

Paul E. Werner
United States Department of Justice
Civil Division, Torts Branch
Box 7146
Benjamin Franklin Station
Washington, DC 20044
Paul.Werner@usdoj.gov