# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, as personal representative of the estates of ANWAR AL-AULAQI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LEON E. PANETTA, et al., in their individual capacities,<br><br>  Defendants. | No. 1:12-cv-01192 (RMC) |

## PROPOSED ORDER

Having considered the United States' Motion for Reconsideration and To Stay the Court's December 26, 2013, Order, and upon further consideration of any response thereto, it is this _____ day of _____, 2014, **ORDERED** that the United States' Motion for Reconsideration is hereby **GRANTED**, and this Court's December 26, 2013, Order is hereby **VACATED**.

---

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

*Attorneys to be notified of the Proposed Order's entry:*

Pardiss Kebriaei
Maria C. LaHood
Susan Hu
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
pkebriaei@ccrjustice.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
artspitzer@aclu-nca.org

Jameel Jaffer
Hina Shamsi
Brett Kaufman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
jjaffer@aclu.org

Paul E. Werner
United States Department of Justice
Civil Division, Torts Branch
Box 7146
Benjamin Franklin Station
Washington, DC 20044
Paul.Werner@usdoj.gov